# FINANCIAL DISCLOSURE REPORT
## FOR CALENDAR YEAR 2019

*Report Required by the Ethics
in Government Act of 1978
(5 U.S.C. app. §§ 101-111)*

| | | |
|---|---|---|
| **1. Person Reporting** (last name, first, middle initial)<br><br>Ambro, Thomas L. | **2. Court or Organization**<br><br>U.S. Court of Appeals, 3rd Cir | **3. Date of Report**<br><br>05/12/2020 |
| **4. Title** (Article III judges indicate active or senior status; magistrate judges indicate full- or part-time)<br><br>U.S. Circuit Judge - Active | **5a. Report Type** (check appropriate type)<br><br>☐ Nomination    Date<br>☐ Initial    ☑ Annual    ☐ Final<br><br>**5b.** ☐ Amended Report | **6. Reporting Period**<br><br>01/01/2019<br>**to**<br>12/31/2019 |

**7. Chambers or Office Address**

Federal Courthouse
844 N. King Street, Lock Box 32
Wilmington, DE 19801

***IMPORTANT NOTES:*** *The instructions accompanying this form must be followed. Complete all parts, checking the NONE box for each part where you have no reportable information.*

# I. POSITIONS. *(Reporting individual only; see pp. 9-13 of filing instructions.)*

☐ NONE *(No reportable positions.)*

| POSITION | NAME OF ORGANIZATION/ENTITY |
|---|---|
| 1. Trustee | Thomas L. Ambro Revocable Trust |
| 2. Member (Emeritus) | Georgetown University Alumni Admissions Program Board of Advisors |
| 3. Member | Georgetown University Northern Delaware Alumni Admissions Program |
| 4. Member | Georgetown University Law Center Board of Visitors |
| 5. Member | Board of Editors, Delaware Lawyer |
| 6. Member, Advisory Board | Working Group on Legal Opinions Foundation |

# II. AGREEMENTS. *(Reporting individual only; see pp. 14-16 of filing instructions.)*

☑ NONE *(No reportable agreements.)*

| DATE | PARTIES AND TERMS |
|---|---|
| 1. | |
| 2. | |
| 3. | |

| Name of Person Reporting | Date of Report |
|---|---|
| Ambro, Thomas L. | 05/12/2020 |

## III. NON-INVESTMENT INCOME. *(Reporting individual and spouse; see pp. 17-24 of filing instructions.)*

### A. Filer's Non-Investment Income

☐ NONE *(No reportable non-investment income.)*

| DATE | SOURCE AND TYPE | INCOME (yours, not spouse's) |
|---|---|---|
| 1. 2019 | Georgetown University - teaching | $6,500.00 |
| 2. | | |
| 3. | | |
| 4. | | |

### B. Spouse's Non-Investment Income - *If you were married during any portion of the reporting year, complete this section.*

*(Dollar amount not required except for honoraria.)*

☑ NONE *(No reportable non-investment income.)*

| DATE | SOURCE AND TYPE |
|---|---|
| 1. | |
| 2. | |
| 3. | |
| 4. | |

## IV. REIMBURSEMENTS *-- transportation, lodging, food, entertainment.*

*(Includes those to spouse and dependent children; see pp. 25-27 of filing instructions.)*

☐ NONE *(No reportable reimbursements.)*

| | SOURCE | DATES | LOCATION | PURPOSE | ITEMS PAID OR PROVIDED |
|---|---|---|---|---|---|
| 1. | American College of Bankruptcy | March 15-16, 2019 | San Diego, CA | Annual Meeting | Transportation, Lodging |
| 2. | Georgetown University | August 27-28, 2019 | Washington, DC | Teaching Class | Transportation |
| 3. | Georgetown University | September 8-9, 2019 | Washington, DC | Teaching Class | Transportation |
| 4. | Georgetown University | September 15-16, 2019 | Washington, DC | Teaching Class | Transportation |
| 5. | Georgetown University | September 26-30, 2019 | Washington, DC | Teaching Class | Transportation |
| 6. | Georgetown University | October 6-7, 2019 | Washington, DC | Teaching Class | Transportation |

| | Name of Person Reporting | | | | Date of Report |
|---|---|---|---|---|---|
| | **Ambro, Thomas L.** | | | | 05/12/2020 |

| 7. | Georgetown University | October 20-21, 2019 | Washington, DC | Teaching Class | Transportation |
|---|---|---|---|---|---|
| 8. | Georgetown University | October 27-28, 2019 | Washington, DC | Teaching Class | Transportation |
| 9. | Georgetown University | November 3-4, 2019 | Washington, DC | Teaching Class | Transportation |
| 10. | Georgetown University | November 10-11, 2019 | Washington, DC | Teaching Class | Transportation |
| 11. | Georgetown University | November 15-18, 2019 | Washington, DC | Teaching Class | Transportation |
| 12. | Georgetown University | November 24-25, 2019 | Washington, DC | Teaching Class | Transportation |
| 13. | Georgetown University | December 1-2 2019 | Washington, DC | Teaching Class | Transportation |
| 14. | Georgetown University | December 5-6, 2019 | Washington, DC | Teaching Class | Transportation |
| 15. | Georgetown University | December 8-9, 2019 | Washington, DC | Teaching Class | Transportation |

| | Name of Person Reporting | | | | Date of Report |
|---|---|---|---|---|---|
| | **Ambro, Thomas L.** | | | | 05/12/2020 |

| Name of Person Reporting | Date of Report |
|---|---|
| Ambro, Thomas L. | 05/12/2020 |

## V. GIFTS. *(Includes those to spouse and dependent children; see pp. 28-31 of filing instructions.)*

☑ NONE *(No reportable gifts.)*

| SOURCE | DESCRIPTION | VALUE |
|---|---|---|
| 1. | | |
| 2. | | |
| 3. | | |
| 4. | | |
| 5. | | |

## VI. LIABILITIES. *(Includes those of spouse and dependent children; see pp. 32-33 of filing instructions.)*

☐ NONE *(No reportable liabilities.)*

| | CREDITOR | DESCRIPTION | VALUE CODE |
|---|---|---|---|
| 1. | TD, Bank N.A. | Limited guaranty of commercial loan to Springside, LLC (Part VII, Line 138) | P1 |
| 2. | TD, Bank N.A. | Limited guaranty of commercial loan to Springside, LLC (Part VII, Line 138) | P1 |
| 3. | TD, Bank N.A. | Limited guaranty of commercial loan to Springside, LLC (Part VII, Line 138) | P1 |
| 4. | | | |
| 5. | | | |

| Name of Person Reporting | Date of Report |
|---|---|
| **Ambro, Thomas L.** | 05/12/2020 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 1.  M&T Bank Account | | None | K | T | | | | | |
| 2.  M&T Bank Account | | None | J | T | | | | | |
| 3.  Trust Account #6 (H) | | | | | | | | | |
| 4.  - Harris Assoc Oakmark I | | None | | | Sold | 04/22/19 | M | D | |
| 5.  - Wells Fargo Bank, N.A. Bank Deposit Sweep | A | Interest | J | T | | | | | |
| 6.  IRA Account #2 (H) | | | | | | | | | |
| 7.  - Wells Fargo Bank, N.A. Bank Deposit Sweep (X) | A | Interest | K | T | | | | | |
| 8.  - Fairholme Fund | A | Dividend | M | T | | | | | |
| 9.  - Dodge & Cox Intl Stock FD | B | Dividend | L | T | | | | | |
| 10.  - Federated Strategic Value Dividend FD | D | Dividend | L | T | | | | | |
| 11.  - Natixis FDS TR I Oakmark Intl FD | B | Dividend | L | T | | | | | |
| 12.  - Brandes Invt TR Instl Emerging Mkts FD | A | Dividend | L | T | Buy (add'l) | 02/25/19 | J | | |
| 13.  - Matthews Asia Dividend FD | A | Dividend | K | T | | | | | |
| 14.  - Primecap Odyssey FDS Aggressive Growth FD | B | Dividend | K | T | Sold (part) | 08/23/19 | K | D | |
| 15.  - Pimco Equity SER | | None | | | Sold | 02/15/19 | L | | |
| 16.  - Neuberger Berman Alternative FDS | | None | | | Sold | 02/25/19 | L | A | |
| 17.  - Primecap Odyssey Growth | B | Dividend | K | T | Sold (part) | 08/23/19 | K | D | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less F =$50,001 - $100,000 | B =$1,001 - $2,500 G =$100,001 - $1,000,000 | C =$2,501 - $5,000 H1 =$1,000,001 - $5,000,000 | D =$5,001 - $15,000 H2 =More than $5,000,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less N =$250,001 - $500,000 P3 =$25,000,001 - $50,000,000 | K =$15,001 - $50,000 O =$500,001 - $1,000,000 | L =$50,001 - $100,000 P1 =$1,000,001 - $5,000,000 P4 =More than $50,000,000 | M =$100,001 - $250,000 P2 =$5,000,001 - $25,000,000 | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal U =Book Value | R =Cost (Real Estate Only) V =Other | S =Assessment W =Estimated | T =Cash Market | |

| Name of Person Reporting | Date of Report |
|---|---|
| **Ambro, Thomas L.** | 05/12/2020 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐    NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) — Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 18.  - Virtus Emerging Markets Opportunities Fund | A | Dividend | K | T | | | | | |
| 19.  - JP Morgan TR I Strategic Income Opportunity | A | Dividend | | | Sold | 02/15/19 | M | | |
| 20.  - Dodge & Cox Stock FD | D | Dividend | L | T | | | | | |
| 21.  - Dodge & Cox Income FD | D | Dividend | N | T | Buy (add'l) | 02/20/19 | K | | |
| 22. | | | | | Buy (add'l) | 08/23/19 | M | | |
| 23.  - Doubleline FDS TR Total Return BD FD | C | Dividend | M | T | Buy (add'l) | 02/20/19 | K | | |
| 24.  - Harris Assoc Invt TR Oakmark Global Select FD | B | Dividend | M | T | Sold (part) | 08/23/19 | L | | |
| 25.  - Federated Equity FDS Intl Strategic Value Div FD | B | Dividend | K | T | | | | | |
| 26.  - Saratoga Advantage TR James Alpha Glbl Real Estate Invst | D | Dividend | L | T | | | | | |
| 27.  - T Rowe Price New Era Fund | A | Dividend | K | T | | | | | |
| 28.  - Invesco Oppenheimer Steelpath MLP Select 40 Fund | B | Dividend | K | T | | | | | |
| 29.  - Artisan Partners FDS Inc Global Value FD Adv | B | Dividend | L | T | | | | | |
| 30.  - Guggenheim FDS TR Macro Opportunities FD Instl CL | D | Dividend | N | T | Buy (add'l) | 02/20/19 | K | | |
| 31. | | | | | Buy (add'l) | 02/22/19 | M | | |
| 32.  - Kinetics MUT FDS INC Paradigm Fund Instl CL | A | Dividend | J | T | | | | | |
| 33.  - Kinetics MUT FDS Inc Small Cap Opportunities FD Instl CL | | None | J | T | | | | | |
| 34.  - Pimco Low Duration Income Fund | E | Dividend | N | T | Buy (add'l) | 02/06/19 | L | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 35. | | | | | Buy (add'l) | 02/20/19 | M | | |
| 36.   - Pimco FDS Income FD Instl CL | B | Dividend | | | Sold | 02/15/19 | L | | |
| 37.   - Trust for Advised port Miller Opportunity TR | | None | K | T | | | | | |
| 38.   - Artisan Intl Small Cap Fund Investor Series | A | Dividend | K | T | | | | | |
| 39.   - Brown Cap Mgmt Small Co FD Instl CL | B | Dividend | K | T | Buy (add'l) | 02/25/19 | K | | |
| 40. | | | | | Sold (part) | 08/23/19 | K | C | |
| 41.   - Devon Energy Corp | A | Dividend | J | T | | | | | |
| 42.   - Exxon Mobil Corp | C | Dividend | L | T | | | | | |
| 43.   - Fairholme FDS In Fosused Income Fund | | None | | | Sold | 02/15/19 | K | | |
| 44.   - Oakmark International Small Cap FD Advisor CL | A | Dividend | K | T | | | | | |
| 45.   - Knot Offshore Partners LP | D | Dividend | M | T | | | | | |
| 46.   - Mowi Asa Spon ADR | B | Dividend | K | T | | | | | |
| 47.   - Matthews Intl FD Asian Growth & Income FD | C | Dividend | L | T | | | | | |
| 48.   - Miller Invt Trust Convertible BD FD | C | Dividend | M | T | Sold (part) | 01/25/19 | K | | |
| 49. | | | | | Sold (part) | 02/06/19 | L | | |
| 50. | | | | | Sold (part) | 02/15/19 | M | | |
| 51. | | | | | Sold (part) | 02/22/19 | M | | |

| | | | | |
|---|---|---|---|---|
| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| **Ambro, Thomas L.** | 05/12/2020 |

## VII. INVESTMENTS and TRUSTS -- *income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 52. - Professionally Managed Portfolio CL Instl Hodges Small Cap | B | Dividend | K | T | Buy (add'l) | 02/25/19 | K | | |
| 53. | | | | | Sold (part) | 08/23/19 | K | | |
| 54. - Sunoco LP | D | Distribution | L | T | | | | | |
| 55. - Vanguard Specialized Energy FD Admiral Shares | A | Dividend | J | T | | | | | |
| 56. - American Midstream Partners LP | | None | | | Sold | 07/23/19 | J | | |
| 57. - Buckeye Partners LP | B | Distribution | | | Sold | 11/01/19 | K | C | |
| 58. - Crossamerica Partners LP | B | Distribution | K | T | | | | | |
| 59. - Enbridge Inc | C | Dividend | L | T | | | | | |
| 60. - Golar LNG LTD | A | Dividend | J | T | | | | | |
| 61. - Hoegh LNG Partners LP | C | Dividend | K | T | | | | | |
| 62. - Alger Funds Small Cap Focus FD | A | Dividend | J | T | Sold (part) | 08/23/19 | J | A | |
| 63. - Matthews Asia Funds Innovators Fund Investor CL IV | A | Dividend | J | T | | | | | |
| 64. - Invesco Oppenheimer Emerging Markets Local Debt Fund | C | Dividend | L | T | Buy (add'l) | 02/20/19 | K | | |
| 65. - Vanguard World FD Intl Growth FD | A | Dividend | J | T | | | | | |
| 66. - Wasatch Advisors FDS Core Growth FD | A | Dividend | J | T | | | | | |
| 67. - Alger Growth Small Cap Focus FD | A | Dividend | K | T | Buy | 02/25/19 | K | | |
| 68. - Artisan Partners FDS Inc Mid Cap FD | C | Dividend | K | T | Buy | 02/25/19 | L | | |

| | | | | | |
|---|---|---|---|---|---|
| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less F =$50,001 - $100,000 | B =$1,001 - $2,500 G =$100,001 - $1,000,000 | C =$2,501 - $5,000 H1 =$1,000,001 - $5,000,000 | D =$5,001 - $15,000 H2 =More than $5,000,000 | E =$15,001 - $50,000 |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less N =$250,001 - $500,000 P3 =$25,000,001 - $50,000,000 | K =$15,001 - $50,000 O =$500,001 - $1,000,000 | L =$50,001 - $100,000 P1 =$1,000,001 - $5,000,000 P4 =More than $50,000,000 | M =$100,001 - $250,000 P2 =$5,000,001 - $25,000,000 | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal U =Book Value | R =Cost (Real Estate Only) V =Other | S =Assessment W =Estimated | T =Cash Market | |

| Name of Person Reporting | Date of Report |
|---|---|
| **Ambro, Thomas L.** | 05/12/2020 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 69. | | | | | Sold (part) | 08/23/19 | K | B | |
| 70. - Ashmore FDS Emerging Mkts Corp Debt FD | C | Dividend | L | T | Buy | 02/20/19 | L | | |
| 71. - Goldman Sachs Funds GQG Ptrns Int Opptys FD | A | Dividend | L | T | Buy | 02/25/19 | K | | |
| 72. | | | | | Buy (add'l) | 05/30/19 | J | | |
| 73. - Hannon Arrmstrong Sustainable Infrastructure Capital Inc | B | Dividend | K | T | Buy | 01/25/19 | K | | |
| 74. - Nokia Corp Sponsored ADR | | None | J | T | Buy | 07/30/19 | J | | |
| 75. - Polen Growth Fund Institutional Class | | None | J | T | Buy | 05/22/19 | J | | |
| 76. - Tex PAC Land TR Sub SH CTF Proprietary Unit | A | Dividend | K | T | Buy | 01/30/19 | K | | |
| 77. - Vanguard Index TR Mid Cap Index FD | A | Dividend | L | T | Buy | 02/25/19 | L | | |
| 78. Trust Account #12 (H) | | | | | | | | | |
| 79. - Dodge & Cox Intl Stock FD | B | Dividend | K | T | | | | | |
| 80. - Matthews Asia Dividend FD | B | Dividend | K | T | | | | | |
| 81. - Primecap Odyssey FDS Aggressive Growth FD | B | Dividend | K | T | Sold (part) | 08/13/19 | J | B | |
| 82. | | | | | Sold (part) | 08/23/19 | K | D | |
| 83. - Dodge & Cox Stock Fund | D | Dividend | L | T | Sold (part) | 01/07/19 | J | | |
| 84. - Wells Fargo Bank, N.A.Bank Deposit Sweep | A | Interest | J | T | | | | | |
| 85. - Saratoga Advantage TR James Alpha Glbl Real Estate | B | Dividend | K | T | | | | | |

| 1. Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| **Ambro, Thomas L.** | 05/12/2020 |

## VII. INVESTMENTS and TRUSTS -- *income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 86.   - Pimco Multi-MGR Short Duration Muni Inc Fund Inst CL | A | Dividend | J | T | Sold (part) | 01/07/19 | J | | |
| 87. | | | | | Buy (add'l) | 02/05/19 | J | | |
| 88. | | | | | Sold (part) | 02/13/19 | J | A | |
| 89. | | | | | Buy (add'l) | 03/05/19 | J | | |
| 90. | | | | | Buy (add'l) | 04/05/19 | J | | |
| 91. | | | | | Sold (part) | 04/10/19 | J | A | |
| 92. | | | | | Buy (add'l) | 05/06/19 | L | | |
| 93. | | | | | Buy (add'l) | 06/05/19 | J | | |
| 94. | | | | | Buy (add'l) | 07/05/19 | J | | |
| 95. | | | | | Buy (add'l) | 08/05/19 | J | | |
| 96. | | | | | Buy (add'l) | 09/05/19 | J | | |
| 97. | | | | | Buy (add'l) | 10/07/19 | J | | |
| 98. | | | | | Buy (add'l) | 11/05/19 | J | | |
| 99. | | | | | Buy (add'l) | 12/05/19 | J | | |
| 100. | | | | | Sold (part) | 12/23/19 | J | A | |
| 101.   - American Funds Developing World Growth & Income FD | A | Dividend | J | T | | | | | |
| 102.   - Oakmark Global Select Fund Advisor Class | A | Dividend | K | T | | | | | |

| | | | | | |
|---|---|---|---|---|---|
| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less F =$50,001 - $100,000 | B =$1,001 - $2,500 G =$100,001 - $1,000,000 | C =$2,501 - $5,000 H1 =$1,000,001 - $5,000,000 | D =$5,001 - $15,000 H2 =More than $5,000,000 | E =$15,001 - $50,000 |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less N =$250,001 - $500,000 P3 =$25,000,001 - $50,000,000 | K =$15,001 - $50,000 O =$500,001 - $1,000,000 | L =$50,001 - $100,000 P1 =$1,000,001 - $5,000,000 P4 =More than $50,000,000 | M =$100,001 - $250,000 P2 =$5,000,001 - $25,000,000 | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal U =Book Value | R =Cost (Real Estate Only) V =Other | S =Assessment W =Estimated | T =Cash Market | |

| Name of Person Reporting | Date of Report |
|---|---|
| **Ambro, Thomas L.** | 05/12/2020 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 103. - Oakmark International Small Cap FD Advisor CL | B | Dividend | K | T | | | | | |
| 104. - Matthews Intl FD Asain Growth & Income FD | A | Dividend | K | T | | | | | |
| 105. - Nuveen Muni TR HIgh Yield Mun BD FD | C | Dividend | L | T | Buy (add'l) | 08/23/19 | K | | |
| 106. | | | | | Sold (part) | 12/23/19 | J | A | |
| 107. - Virtus Funds Vontobel Emerging Mkts Opportunities FD | A | Dividend | K | T | | | | | |
| 108. - Valaris Plc | A | Dividend | K | T | | | | | |
| 109. -Brown Cap Mgmt Mut FDS Brown Cap Mgmt Small Co FD | A | Dividend | J | T | | | | | |
| 110. - BHP Billiton LTF Spon Adr | B | Dividend | K | T | | | | | |
| 111. - Cabot Oil & Gas | | None | | | Sold | 01/04/19 | K | | |
| 112. - Enbridge Inc | B | Dividend | K | T | | | | | |
| 113. - Enterprise Products Partners | B | Distribution | L | T | Buy (add'l) | 12/23/19 | K | | |
| 114. - Energy Trsnsfer Partners | B | Distribution | K | T | Buy (add'l) | 12/13/19 | J | | |
| 115. | | | | | Buy (add'l) | 12/18/19 | J | | |
| 116. - Johnson & Johnson | A | Dividend | K | T | | | | | |
| 117. - Medley Capital Corp | A | Dividend | J | T | | | | | |
| 118. - Microsoft Corp | A | Dividend | L | T | Sold (part) | 01/04/19 | J | D | |
| 119. | | | | | Sold (part) | 08/13/19 | K | E | |

| 1. Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| **Ambro, Thomas L.** | 05/12/2020 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐  NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 120.  - National Oil Well Varco Inc | A | Dividend | | | Sold | 12/18/19 | J | | |
| 121.  - Natixis FDS TR II Vaughan Nelson Select FD CL Y | | None | | | Sold | 08/23/19 | J | A | |
| 122.  - Natixis Fund Trust II Vaughan Nelson Value Class Y | A | Dividend | J | T | | | | | |
| 123.  - Range Resources | | None | | | Sold | 12/18/19 | J | | |
| 124.  - Rio Tinto Plc Spon Adr | B | Dividend | K | T | | | | | |
| 125.  - South32 LTD Spon | A | Dividend | J | T | | | | | |
| 126.  - Southwestern Energy Co | | None | J | T | | | | | |
| 127.  - USA Compression Partners LP Com | B | Distribution | K | T | | | | | |
| 128.  - Vanguard Funds Dividend Growth Fund Investor Class | A | Dividend | K | T | | | | | |
| 129.  - Vanguard Sprcialized Portfolios Energy Port Investor Class | B | Dividend | K | T | | | | | |
| 130.  - Weatherford International PLC WFT | | None | | | Sold | 12/31/19 | J | | |
| 131.  - WSFS Financial Corp | A | Dividend | J | T | | | | | |
| 132.  - Invesco Oppenheimer Steelpath MLP Select 40 Fund | B | Dividend | | | Sold | 12/16/19 | K | | |
| 133.  - Buckeye Partners LP Unit LTD Partnersihp | B | Distribution | | | Sold | 11/01/19 | K | C | |
| 134.  - Voya CBRE Global Infrastructure FD CL I | B | Dividend | K | T | | | | | |
| 135.  - Invesco Oppenheimer Steelpath MLP Alpha Fund | B | Dividend | K | T | Buy | 12/16/19 | K | | |
| 136.  - Goldman Sachs Fund GQG Ptnrs Intl Opptys FD | A | Dividend | J | T | Buy | 05/30/19 | J | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| **Ambro, Thomas L.** | 05/12/2020 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 137. | | | | | | | | | |
| 138. Springside, LLC (2000 - $300,000, 2012-$20,123) | F | Rent | P1 | W | | | | | |
| 139. Trust #16 (H) | | | | | | | | | |
| 140. - Apollo Investment Corp | B | Dividend | J | T | | | | | |
| 141. - Blackrock Kelso Capital Corp | B | Dividend | | | Sold | 04/02/19 | K | | |
| 142. - Medley Capital Corp | A | Dividend | K | T | | | | | |
| 143. - Wells Fargo Bank, N.A.Bank Deposit Sweep | A | Interest | J | T | | | | | |
| 144. - Golub Cap BDC Inc | D | Dividend | L | T | Buy (add'l) | 04/02/19 | K | | |
| 145. - TPG Specialty Lending Inc | C | Dividend | K | T | | | | | |
| 146. PCM Family LLC | A | Dividend | M | W | | | | | |
| 147. The Sequoia Fund | D | Dividend | M | T | Buy (add'l) | 01/02/19 | J | | |
| 148. | | | | | Buy (add'l) | 02/01/19 | J | | |
| 149. | | | | | Buy (add'l) | 03/01/19 | J | | |
| 150. | | | | | Buy (add'l) | 04/01/19 | J | | |
| 151. | | | | | Buy (add'l) | 05/01/19 | J | | |
| 152. | | | | | Buy (add'l) | 06/03/19 | J | | |
| 153. | | | | | Buy (add'l) | 07/01/19 | J | | |

| 1. Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| **Ambro, Thomas L.** | 05/12/2020 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 154. | | | | | Buy (add'l) | 08/01/19 | J | | |
| 155. | | | | | Buy (add'l) | 09/03/19 | J | | |
| 156. | | | | | Buy (add'l) | 10/01/19 | J | | |
| 157. | | | | | Buy (add'l) | 11/01/19 | J | | |
| 158. | | | | | Buy (add'l) | 12/02/19 | J | | |
| 159.  Trust #18 (H) | | | | | | | | | |
| 160.  - Wells Fargo Bank, N.A.Bank Deposit Sweep | A | Interest | K | T | | | | | |
| 161.  - West Wilson Util Dist TN WTR WKS Rev | B | Interest | K | T | Sold (part) | 04/16/19 | J | A | |
| 162.  - Montana ST BRD Regents High Ed Rev | B | Interest | K | T | | | | | |
| 163.  - Ocean Cnty NJ RFDG SER A G/O Unl TD | B | Interest | L | T | | | | | |
| 164.  - Port Seattle WA REV RFDG Inter Ser a | C | Interest | | | Sold | 09/19/19 | K | B | |
| 165.  - Metropolitan Transn Auth NY Rev | C | Interest | L | T | | | | | |
| 166.  - New Mexico Fin Auth Rev SR Lien Pub Proj Rvlvng FD Ser C | C | Interest | L | T | | | | | |
| 167.  - New York ST Envmntl Facs Corp Rev ST Ser D | B | Interest | L | T | | | | | |
| 168.  - Central Puget Sound WA Regl Tran Auth Sales & Use Tax Rev | C | Interest | L | T | | | | | |
| 169.  - New York ST Dorm Uth Revs Non ST Supported Debt CPN | B | Interest | L | T | | | | | |
| 170.  - USF Fing Corp FL CTF Partn Rfdg Mstr Lse PG Ser | B | Interest | L | T | | | | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| **Ambro, Thomas L.** | 05/12/2020 |

## VII. INVESTMENTS and TRUSTS -- *income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

☐　NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 171. - Hawaii St Unrefunded Balance Rfdg Ser Ed | A | Interest | J | T | | | | | |
| 172. - Harris Cnty TX Cultural Ed Facs Fin Corp Med FA CS Rev | A | Interest | K | T | | | | | |
| 173. - Salt Riv Proj Agric Impt & PWR Dist AZ Elec SY S Rev BD | C | Interest | L | T | | | | | |
| 174. - Huntsville AL GO WTS 2018 A G/O | A | Interest | K | T | | | | | |
| 175. - Jefferson Cnty Co Sch Dist R G/O | B | Interest | L | T | | | | | |
| 176. - York County PA GO RFDG BDS 2017 G/O | C | Interest | L | T | | | | | |
| 177. - Westfield IN High Sch 1995 Building Corp Unltd | B | Interest | K | T | | | | | |
| 178. - Clark Cnty VN Arpt Rev SYS BDS McCarran Intl | | None | L | T | Buy | 09/19/19 | L | | |
| 179. Trust #19 (H) | | | | | | | | | |
| 180. - Wells Fargo Bank, N.A. Bank Deposit Sweep | A | Interest | J | T | | | | | |
| 181. - iShares Core S&P 500 Index FD | A | Dividend | K | T | Sold (part) | 04/11/19 | J | A | |
| 182. | | | | | Sold (part) | 08/27/19 | K | C | |
| 183. - Vanguard FTSE Developed Markets ETF | B | Dividend | J | T | Sold (part) | 04/11/19 | J | A | |
| 184. | | | | | Sold (part) | 08/27/19 | K | | |
| 185. | | | | | Sold (part) | 10/01/19 | J | | |
| 186. - Vanguard INTL Equity Index FDS FTSE Emerging MKTS | A | Dividend | J | T | Sold (part) | 04/11/19 | J | A | |
| 187. | | | | | Sold (part) | 08/27/19 | K | A | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| **Ambro, Thomas L.** | 05/12/2020 |

## VII. INVESTMENTS and TRUSTS -- *income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 188. | | | | | Sold (part) | 10/01/19 | J | A | |
| 189.  - Vanguard Mid Cap | A | Dividend | | | Sold (part) | 04/11/19 | J | A | |
| 190. | | | | | Sold | 08/27/19 | J | B | |
| 191.  - Vanguard REIT | A | Dividend | | | Sold (part) | 04/11/19 | J | A | |
| 192. | | | | | Sold | 08/27/19 | J | B | |
| 193.  - Vanguard Small Cap Value VBR | A | Dividend | | | Sold (part) | 04/11/19 | J | | |
| 194. | | | | | Sold | 08/27/19 | J | A | |
| 195.  - Vanguard Small Cap VB | A | Dividend | | | Sold | 08/27/19 | J | B | |
| 196.  - Vanguard Total Bond Market BND | A | Dividend | | | Sold (part) | 04/11/19 | J | | |
| 197. | | | | | Sold | 08/27/19 | J | A | |
| 198.  - Vanguard Total Stock Market ETF | A | Dividend | | | Sold (part) | 04/11/19 | J | A | |
| 199. | | | | | Sold | 08/27/19 | K | D | |
| 200.  - Vanguard Mid-Cap Value ETF Index Fund | A | Dividend | | | Sold (part) | 04/11/19 | J | | |
| 201. | | | | | Sold | 08/27/19 | J | | |
| 202.  - Vanguard Value ETF | A | Dividend | | | Sold (part) | 04/11/19 | J | | |
| 203. | | | | | Sold | 08/27/19 | J | | |
| 204.  - Goldman Sachs ETF US Large Cap | A | Dividend | J | T | Buy | 08/27/19 | J | | |

| 1. Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| **Ambro, Thomas L.** | 05/12/2020 |

## VII. INVESTMENTS and TRUSTS -- *income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 205. - Invesco TR II ETF Emerging Mkts Sovereign Debt | A | Dividend | J | T | Buy | 08/27/19 | J | | |
| 206. - iShares Russell 2000 ETF | A | Dividend | J | T | Buy | 08/27/19 | J | | |
| 207. - iShares Core S&P Mid ETF | A | Dividend | K | T | Buy | 08/27/19 | K | | |
| 208. - iShares Core US Aggregate Bond ETF | A | Dividend | L | T | Buy | 08/27/19 | L | | |
| 209. - iShares Edge MSCI Min Vol USA ETF | A | Dividend | J | T | Buy | 08/27/19 | J | | |
| 210. - iShares iBoxx High Yield Corp Bond ETF | A | Dividend | J | T | Buy | 08/27/19 | J | | |
| 211. - iShares Inc Core MSCI Emerging Mkts ETF | A | Dividend | J | T | Buy | 08/27/19 | J | | |
| 212. - iShares JP Morgan USD Emerging Markets Bond ETF | A | Dividend | J | T | Buy | 08/27/19 | J | | |
| 213. - iShares MBS ETF | A | Dividend | J | T | Buy | 08/27/19 | J | | |
| 214. | | | | | Sold (part) | 10/01/19 | J | | |
| 215. - Sector SPDR TR Technology Select Sector ETF | A | Dividend | J | T | Buy | 08/27/19 | J | | |
| 216. - Select Sector SPDF TR Financial TR | A | Dividend | J | T | Buy | 08/27/19 | J | | |
| 217. - Select Sector SPDR Consumer Discretionary ETF | A | Dividend | J | T | Buy | 08/27/19 | J | | |
| 218. - Vanguard Intermediate Term Corp Bond ETF | A | Dividend | J | T | Buy | 08/27/19 | J | | |
| 219. | | | | | Buy (add'l) | 10/01/19 | J | | |
| 220. - Vanguard Short Term Corp BD ETF | A | Dividend | J | T | Buy | 08/27/19 | J | | |
| 221. | | | | | Sold (part) | 10/01/19 | J | | |

| | | | | | |
|---|---|---|---|---|---|
| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Ambro, Thomas L. | 05/12/2020 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 222. - Xtrackers USD High Yield Corporate Bond ETF | A | Dividend | J | T | Buy | 08/27/19 | J | | |
| 223. - Industrial Select Sector SPDR ETF | A | Dividend | | | Buy | 08/27/19 | J | | |
| 224. | | | | | Sold | 10/01/19 | J | A | |
| 225. IRA #6 (H) | | | | | | | | | |
| 226. - DWS Enhanced Commdty Strat Fund | A | Dividend | | | Sold | 08/26/19 | J | | |
| 227. - Columbia Select Large Cap Growth Fund CL Z | D | Dividend | | | Sold (part) | 01/11/19 | J | | |
| 228. | | | | | Sold (part) | 04/12/19 | J | | |
| 229. | | | | | Sold (part) | 07/12/19 | J | | |
| 230. | | | | | Sold | 08/26/19 | K | | |
| 231. - Eaton Vance Mutual FDS Trust Global Macro Abslt Return Advtg FD | A | Dividend | J | T | Buy (add'l) | 08/26/19 | J | | |
| 232. - John Hancock FDS II Global Absolute Return Strategies FD CL I | B | Dividend | | | Buy (add'l) | 08/26/19 | J | | |
| 233. | | | | | Sold | 08/26/19 | J | | |
| 234. - Hotchkis & Wiley FDS Mid Cap Value FD CL I | | None | | | Sold | 07/08/19 | J | | |
| 235. - John Hancock Funds II Absolute Return Currency FD CL I | | None | | | Sold | 12/06/19 | J | A | |
| 236. - MFS Ser TR I Value FD | A | Dividend | K | T | Sold (part) | 08/26/19 | K | C | |
| 237. - MFS Ser TR X Emerging Mkts Debt FD CL I | A | Dividend | K | T | Buy (add'l) | 08/26/19 | J | | |
| 238. - JP Morgan TR I US Large Cap Core Plus FD SEL CL | D | Dividend | | | Sold | 08/26/19 | L | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

## VII. INVESTMENTS and TRUSTS -- *income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
| --- | --- | --- | --- | --- | --- | --- | --- | --- | --- |
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 239. - Neuberger Berman Alternative FDs Long Short FD Instl CL | | None | | | Sold | 08/26/19 | J | A | |
| 240. - American Europacific Growth FU CL F2 | B | Dividend | K | T | Sold (part) | 08/26/19 | J | | |
| 241. - Invesco Oppenheimer Dev Mkts CL Y | A | Dividend | K | T | Buy (add'l) | 08/26/19 | J | | |
| 242. - Invesco Oppenheimer Intl BD FD CL Y | A | Dividend | | | Sold | 08/26/19 | J | | |
| 243. - Principal FDS Inc High Yield FD Instl CL | B | Dividend | K | T | Buy (add'l) | 08/26/19 | J | | |
| 244. | | | | | Buy (add'l) | 08/27/19 | J | | |
| 245. - Victory Sycamore Small Co Oppty FD CL I | | None | | | Sold | 08/26/19 | K | A | |
| 246. - AQR FDS Managed Futures Strategy FL CL I | | None | | | Sold | 08/27/19 | J | | |
| 247. - Principal FDS Inc Global Multi Strategy FD Instl CL | | None | | | Sold | 08/26/19 | J | | |
| 248. - Wells Fargo Funds TR Special Mid Cap Value FD CL I | A | Dividend | J | T | | | | | |
| 249. - American Century Invt TR Diversified BD FD | A | Dividend | | | Sold | 08/26/19 | K | B | |
| 250. -Brown Advisory FDS Small Cap Growth FD | | None | | | Sold | 08/26/19 | K | C | |
| 251. - MFS Series TR XII Global Real Estate Fund | | | | | Sold | 08/26/19 | K | B | |
| 252. - Baird FDS Inc Aggregate BD FD Instl SHS | A | Dividend | K | T | Buy | 08/26/19 | K | | |
| 253. - Fidelity 500 Index Fund | A | Dividend | K | T | Buy | 08/27/19 | K | | |
| 254. - Goldman Sachs TR Finl Square Treas Instrs FD | A | Dividend | J | T | Buy | 08/27/19 | J | | |
| 255. - Harbor Fund Small Cap Value FD Instl | A | Dividend | K | T | Buy | 08/26/19 | K | | |

| 1. Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
| --- | --- | --- | --- | --- | --- |
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| **Ambro, Thomas L.** | 05/12/2020 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 256.  - Harbor FD Cap Appreciation FD Instl | B | Dividend | K | T | Buy | 08/26/19 | K | | |
| 257.  - Meridian FD Inc Small Cap Growth FD Investor | B | Dividend | K | T | Buy | 08/27/19 | K | | |
| 258.  - Metropolitan West FDS Total Return BD FD | A | Dividend | L | T | Buy | 08/27/19 | L | | |
| 259. | | | | | Buy (add'l) | 12/06/19 | J | | |
| 260.  - JP Morgan Funds Intrepid Value Fund I | B | Dividend | K | T | Buy | 08/26/19 | K | | |
| 261.  - Principal FDS Inc Midcap Fund Instl Class | B | Dividend | K | T | Buy | 08/26/19 | L | | |
| 262.  - Blackrock Core Bond Portfolio Institutional Class | A | Dividend | K | T | Buy | 08/27/19 | K | | |
| 263.  - Abbey Capital Futures Strategy Fund Class | | None | J | T | Buy | 12/05/19 | J | | |
| 264.  - Transamerica Mid Cap Value Opportunities CL | | None | | | Buy | 07/08/19 | J | | |
| 265. | | | | | Buy (add'l) | 07/09/19 | J | | |
| 266. | | | | | Sold | 08/26/19 | J | | |
| 267. Roth IRA #1 (H) | | | | | | | | | |
| 268.  - Valaris PLC Class 1 | A | Dividend | J | T | | | | | |
| 269.  - Transocean LTD | | None | J | T | | | | | |
| 270.  - Enbridge Inc | A | Dividend | J | T | Buy | 01/15/19 | J | | |
| 271. Roth IRA #2 (H) | | | | | | | | | |
| 272.  - Exxon Mobil Corp | A | Dividend | J | T | | | | | |

| | | | | | |
|---|---|---|---|---|---|
| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| **Ambro, Thomas L.** | 05/12/2020 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐  NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 273.  - Brown Advisory FDS Adisory Small Cap Growth FD | A | Dividend | J | T | | | | | |
| 274.  - MFS SER TR X Emerging MKTS Debt FD CL1 | A | Dividend | | | Sold | 02/14/19 | J | | |
| 275.  - Enbridge Inc | A | Dividend | J | T | Buy | 01/15/19 | J | | |
| 276.  - Wells Fargo Bank, N.A.Bank Deposit Sweep (X) | | Interest | J | T | | | | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| **Ambro, Thomas L.** | 05/12/2020 |

## VIII. ADDITIONAL INFORMATION OR EXPLANATIONS. *(Indicate part of report.)*

Asset listed in Part VII, Line 138, has rental activity from property located near Newark, DE.

Asset listed in Part VII, Line 146, has rental activity from property located in New Castle County, DE.

Assets listed in Part VII, line 28 changed its name from Steelpath MLP FDS TR Oppenheimer to Invesco Oppenheimer Steelpath MLP Select 40 Fund

Assets listed in Part VII, line 46 changed its name from Marine Harvey ASA Spon ADR to Mowi ASA Spon ADR

Assets listed in Part VII, line 64 changed its name from Oppenheimer Emerging Markets Local Debt Fund to Invesco Oppenheimer Emerging Markets Local Debt Fund

Assets listed in Part VII, line 108 changed its name from Ensco PLC to Valaris PLC

Assets listed in Part VII, line 132 changed its name from Steelpath MLP FDS TR Oppenheimer to Invesco Oppenheimer Steelpath MLP Select 40 Fund

Assets listed in Part VII, line 268 changed its name from Ensco PLC to Valaris PLC

| Name of Person Reporting | Date of Report |
|---|---|
| Ambro, Thomas L. | 05/12/2020 |

## IX. CERTIFICATION.

I certify that all information given above (including information pertaining to my spouse and minor or dependent children, if any) is accurate, true, and complete to the best of my knowledge and belief, and that any information not reported was withheld because it met applicable statutory provisions permitting non-disclosure.

I further certify that earned income from outside employment and honoraria and the acceptance of gifts which have been reported are in compliance with the provisions of 5 U.S.C. app. § 501 et. seq., 5 U.S.C. § 7353, and Judicial Conference regulations.

Signature: **s/ Thomas L. Ambro**

NOTE: ANY INDIVIDUAL WHO KNOWINGLY AND WILLFULLY FALSIFIES OR FAILS TO FILE THIS REPORT MAY BE SUBJECT TO CIVIL AND CRIMINAL SANCTIONS (5 U.S.C. app. § 104)

Committee on Financial Disclosure
Administrative Office of the United States Courts
Suite 2-301
One Columbus Circle, N.E.
Washington, D.C. 20544